UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIN SHAN LIN,                          )
                                       )   CASE NO. C11-1997-MJP-MAT
            Petitioner,                )
                                       )
      v.                               )   REPORT AND RECOMMENDATION
                                       )
ICE FIELD OFFICE DIRECTOR,             )
                                       )
            Respondent.                )
_____    )

        Min Shan Lin ("petitioner") is proceeding pro se.   By letter dated December 2, 2011,

petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed

application to proceed *in forma pauperis* ("IFP"), along with a certified copy of her prison trust

account statement showing transactions for the past six months.   (Dkt. No. 3.)   Petitioner was

advised that failure to respond to the letter by January 3, 2012, could result in dismissal of the

case.   *Id*.   To date, petitioner has neither paid the filing fee nor submitted a completed

application for IFP status.

//

//

REPORT AND RECOMMENDATION
PAGE -1

01          Accordingly, the Court recommends that this action be dismissed without prejudice for

02   failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

03          DATED this 9th day of February, 2012.


                                                    _____
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge